# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Andres Leroy Glenn <br> *Plaintiff* <br> v. <br><br> Mary Jones; Harry Jones Myres; Jannie Richardson; Sera Bratley; Harold White, Jr.; Myra Richardson; Shantell Simmons; River May Gibes; Larry Majors McKelvey; Bernard Jones; Edither May, <br> *Defendants* | ) ) ) ) ) ) ) Civil Action No. 3:12-cv-1521-CMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Andres Leroy Glenn, shall take nothing of the defendants; Mary Jones, Harry Jones Myres, Jannie Richardson, Sera Bratley, Harold White, Jr., Myra Richardson, Shantell Simmons, River May Gibes, Larry Majors McKelvey, Bernard Jones, and Edither May, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the complaint without prejudice.

Date: August 17, 2012

*LARRY W. PROPES, CLERK OF COURT*

s/A. Buckingham

*Signature of Clerk or Deputy Clerk*