IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Andres Leroy Glenn, | ) | C/A NO.  3:12-1521-CMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION and ORDER** |
| v. | ) | |
| | ) | |
| Mary Jones; Harry Jones Myres; Jannie | ) | |
| Richardson; Sera Bratley; Harold White, Jr.; | ) | |
| Myra Richardson; Shantell Simmons; River | ) | |
| May Gibes; Larry Majors McKelvey; | ) | |
| Bernard Jones; Edither May, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court on Plaintiff's motion for appointment of counsel.  ECF No.

25.  This matter was closed on August 17, 2012, and there is nothing currently pending.

Accordingly, Plaintiff's motion is denied.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
August 8, 2013