IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Andres Leroy Glenn, | ) | C/A NO. 3:12-1521-CMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION and ORDER** |
| v. | ) | |
| | ) | |
| Mary Jones; Harry Jones Myres; Jannie Richardson; Sera Bratley; Harold White, Jr.; Myra Richardson; Shantell Simmons; River May Gibes; Larry Majors McKelvey; Bernard Jones; Edither May, | ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court on Plaintiff's motions to reopen and for copies. ECF Nos. 31 & 32.

Plaintiff's motion to reopen provides no basis to reopen. Accordingly, it is **denied**. Plaintiff's motion for copies indicates he seeks copies "to prepare case." Mot. at 1 (ECF No. 32). This matter was closed August 17, 2012, and there is nothing to "prepare." Accordingly, Plaintiff's motion for copies is also **denied**.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
October 9, 2013

1